

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00524-CV

**ROCKSPRINGS VAL VERDE WIND, LLC**,
Appellant

v.

Jackie **CASANOVA**, RPA, CCA, in her capacity as the Chief Appraiser of the Val Verde
County Appraisal District,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34133
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's final judgment is REVERSED and REMANDED for a new trial consistent with this court's opinion. Costs of appeal are taxed against appellee, Jackie Casanova, RPA, CCA, in her capacity as the Chief Appraiser of the Val Verde County Appraisal District.

SIGNED December 31, 2024.

_____
Irene Rios, Justice